# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>CORCORAN STATE PRISON, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-cv-01761-GBC PC<br><br>ORDER TO SUBMIT A REGULAR CIVIL APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS<br><br>(Doc. 2) |

Plaintiff Kenneth A. Smith ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee. On September 20, 2010, Plaintiff submitted an application to proceed in forma pauperis by a prisoner. (Doc. 2.) Plaintiff needs to file a regular civil application to proceed in forma pauperis since he is no longer in custody. The Court will grant Plaintiff the opportunity to file a second application to proceed in forma pauperis. Failure to resubmit an application to proceed in forma pauperis or to pay the filing fee in full will result in this action being dismissed for failure to pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a regular civil in forma pauperis application; and

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall complete, sign, and submit the attached application to proceed in forma pauperis. In the alternative, Plaintiff may pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause.**

1 | **Failure to comply with this order will result in a dismissal of this action.**

IT IS SO ORDERED.

Dated:   October 4, 2010

_____
UNITED STATES MAGISTRATE JUDGE